## STATE OF CONNECTICUT *v.* LOUIS SANTIAGO

The defendant's petition for certification for appeal from the Appellate Court, 103 Conn. App. 406 (AC 28185), is denied.

*Cyd O. Oppenheimer*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided November 15, 2007

## STATE OF CONNECTICUT *v.* TROY GORDON

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 69 (AC 27217), is denied.

*Joseph Visone*, special public defender, in support of the petition.

*Joseph T. Corradino*, senior assistant state's attorney, in opposition.

Decided November 15, 2007

## ROBERT M. BROWN *v.* COMMISSIONER OF CORRECTION

The petitioner Robert M. Brown's petition for certification for appeal from the Appellate Court, 104 Conn. App. 144 (AC 27425), is denied.

*Mary H. Trainer*, special public defender, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided November 15, 2007